IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION



| | |
|---|---|
| WAKEEL ABDUL-SABUR, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF VIRGINIA, )<br>    Respondent. ) | Civil Action No. 7:08-cv-00230<br><br>**FINAL ORDER**<br><br>By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that petitioner's motion to consider and motion to amend (Dkt. Nos. 5 & 6) are **GRANTED**, but the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** as untimely filed, pursuant to 28 U.S.C. § 2244(d)(1), and is stricken from the active docket of the court.

ENTER: This 17th day of April, 2008.

                                                      Senior United States District Judge